FILED

2019 SEP 26 A 8:58

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **19MJ10870** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATIONS OF |
| v. | Title 21, U.S.C. §§ 952, 960 |
| IZAUI MANUEL LERMA, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about September 25, 2019, within the Southern District of California, defendant, Izaui Manuel LERMA, did knowingly and intentionally import 500 grams or more, to wit: approximately 17.90 kilograms (39.46 pounds), of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states this Complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Paulino Grajeda, Special Agent
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26th DAY OF SEPTEMBER 2019.

_____
HON. RUTH B. MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Izaui Manuel LERMA

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U.S. Homeland Security Investigations Special Agent (SA) Paulino Grajeda.

On September 25, 2019, at approximately 8:45 a.m., Izaui Manuel LERMA (LERMA), a United States citizen, applied for entry into the United States at the Calexico, California, East Port of Entry by presenting a United States Passport Card. LERMA was the sole occupant of a gray 2009 Jeep Liberty bearing Arizona license plates.

While assigned to primary lanes, Customs and Border Protection Officer (CBPO) S. Ceja received a negative oral Customs declaration from LERMA. CBPO Ceja subsequently referred the vehicle to the x-ray machine inspection.

Working as the primary operator of the vehicle x-ray machine, CBPO H. Sequeiros scanned the vehicle which revealed anomalies in the vehicle's gas tank. CBPO Sequeiros referred the vehicle to the secondary lot for further inspection.

A Canine Enforcement Officer screened the vehicle with his Human/Narcotics Detection Dog. The HNDD alerted and responded to the gas tank area of the vehicle.

During secondary inspection, CBPO E. Garcia received a negative oral Customs declaration from LERMA. CBPOs conducted a thorough inspection of the vehicle and discovered thirty-four (34) plastic wrapped packages containing a crystal-like substance concealed in the fuel tank of the vehicle.

3

CBPOs removed the packages and probed inside of a random sample, revealing a crystal-like substance which field-tested positive for the properties and characteristics of methamphetamine. The packages removed by CBPOs had a total weight of approximately 17.90 kilograms (39.46 pounds) of methamphetamine.

SA Grajeda placed LERMA under arrest and advised him of his Miranda Rights. LERMA understood and acknowledged his legal rights, he then signed the Miranda Rights waiver form in the presence of SA Grajeda and SA Guzman. LERMA stated he understood his rights and was willing to answer questions without the presence of an attorney. LERMA stated he was to be paid $6,000.00 USD to smuggle narcotics from Mexico into the United States. LERMA stated he was given $400.00 USD to cover travel expenses associated with transporting the drugs to Portland, Oregon.